UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARYL LEEDS,
        Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, and RAYTHEON COMPANY,
        Defendant.

CIVIL ACTION NO.
10-12146-MBB

# FINAL JUDGMENT

## JUNE 3, 2011

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without attorneys' fees, costs or interests.

        /s/ Marianne B. Bowler
        MARIANNE B. BOWLER
        United States Magistrate Judge